IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: SERZONE
      PRODUCTS LIABILITY LITIGATION

MDL NO. 1477

----------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

ENTERED JUN 2 3 2005
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

## MEMORANDUM OPINION AND ORDER

Attached to this order are objections and notices of appearance addressed to the Clerk of Court but received by the Claims Administrator due to the mailing address provided in the Detailed Class Notice. The Claims Administrator has forwarded these documents to the court, and I **DIRECT** the Clerk to file the following objections and notices of appearance as exhibits to this order:

    Exhibit A: Objection of Bruce Davidson, MD, MPH

    Exhibit B: Objection, Amended Objection, and Withdrawal of Objections of William Edwin
              Collard, Jr.

    Exhibit C: Objection of James F. Martin

    Exhibit D: Objection of Hugh Rice Kelly and Attached Letter of Susan M. Kelly

    Exhibit E: Objection of Kenneth Gauntlett

    Exhibit F: Objection of Lummus A. Hannes

    Exhibit G: Objection of Mary Mullen

    Exhibit H: Objection of Johnnie Davidson and Attached Exhibits

Exhibit I: Objection and Notice of Appearance of Rebecca R. Long

Exhibit J: Objection of Craig M. Albritton

Exhibit K: Objection of Pam Barnett and Attached Exhibits

Exhibit L: Objection / Opt-out Letter of Anthony Caputo III

Exhibit M: Objection and Notice of Appearance of David Storm, Sr.

Exhibit N: Notice of Appearance of Ronnie G. Penton

Exhibit O: Notice of Appearance of Daniel E. Becnel, Jr.

Exhibit P: Notice of Appearance of Dexter C. Heir

Furthermore, I **ORDER** that the date stamped as "RECEIVED" on the documents by the Claims Administrator be deemed as the date filed with the Clerk of Court in accordance with this court's Order Conditionally Certifying Temporary Class Settlement and Preliminarily Approving Settlement [Docket 170].

The court **DIRECTS** the Clerk to send a copy of this written Order without exhibits to Defendant's Liaison Counsel and Plaintiffs' Liaison Counsel.

ENTER: June 23, 2005

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE