## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON

**In RE: SERZONE**
**PRODUCTS LIABILITY LITIGATION**

**MDL NO. 1477**

-------------------------------------------------

### ORDER

The Court has received six letters appealing decisions of the Claims Administrator.  The

Clerk is  **DIRECTED** to file each letter and each letter shall be filed as of the date it was received

and date-stamped.  The Court **ORDERS** the Clerk to refer the letters of appeal and any future letters

of appeal to the Honorable Mary E. Stanley, United States Magistrate Judge for final disposition

pursuant to the Third Amended Settlement Agreement and 28 U. S. C. § 636(b)(3).  The Claims

Administrator is **DIRECTED** to forward to Magistrate Judge Stanley claim forms submitted by the

appealing claimants, all supporting documentation, and any documents submitted by Bristol-Myers

Squibb for these claimants and for any future appealing claimants.

The court **DIRECTS** the Clerk to send a copy of this Order to Magistrate Judge Stanley,

Defendant's Liaison Counsel, Class Counsel, and the Claims Administrator.

ENTER: June 7, 2006

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE