```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

                         CHARLESTON
```

In RE: SERZONE

    PRODUCTS LIABILITY LITIGATION

                                       MDL NO. 1477
                                       Hon. Joseph R. Goodwin

**Appeal of Mary Wallace (Docket No. 618)**
-------------------------------

## MEMORANDUM OPINION AND ORDER

      On July 11, 2006, attorney Gerald Tallmadge Braddock filed appeals on behalf of seventy-two clients alleging that the Claims Administrator's decision in each case must be reversed because the Claims Administrator failed to allow the clients a reasonable time to provide medical records and cure deficiencies in their submissions.  (# 618.)  The above-named Plaintiff is one of the seventy-two clients named in Mr. Braddock's filing.  As set forth in the court's Memorandum Opinion and Order entered August 9, 2006, the court, following an evidentiary hearing, rejected the arguments of Plaintiffs' counsel that the Claims Administrator failed to allow reasonable time to cure deficiencies.  (# 767.) Despite Mr. Braddock's neglect of his clients' claims and the untimeliness of their appeals, the court stated that it would consider the appeals. (# 767, p. 7.)

      Upon review of the file of Plaintiff Mary Wallace, the court finds that the appeal should be dismissed as moot, as Plaintiff

applied for placement in Fund D and was placed by the Claims Administrator in Fund D.

Accordingly, it is hereby **ORDERED** that the appeal of Mary Wallace is **DENIED** as moot.

The Clerk is directed to transmit a copy of this Memorandum Opinion and Order to Plaintiffs' counsel, Plaintiff Mary Wallace, liaison counsel for plaintiffs and Bristol-Myers Squibb Company, and the Claims Administrator.

ENTER: September 25, 2006

                                                                                _Mary E. Stanley_
                                                                                Mary E. Stanley
                                                                     United States Magistrate Judge